THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
          *v.* EDMUND R. COOK et al., Appellants.

*People* v. *Cook*, 150 App. Div. 922, affirmed.
(Submitted December 2, 1912; decided December 17, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 3, 1912, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendants of the crime of grand larceny in the second degree.

*M. Harold Hochdorf* for appellants.

*Charles S. Whitman, District Attorney* (*Louis Fabricant* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.   Absent: COLLIN, J.

---

S. LIVINGSTON SAMUELS, Appellant, *v.* JULIA K. SIMPSON,
          Respondent.

*Samuels* v. *Simpson*, 144 App. Div. 466, affirmed.
(Argued December 2, 1912; decided December 17, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1911, in favor of defendant upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to the amount of compensation due to plaintiff from defendant for legal services alleged to have been rendered.

*Robert E. Samuels* and *S. Livingston Samuels* for appellant.

*Harold Otis* for respondent.

Judgment affirmed, with costs, on opinion of MILLER, J., below.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.   Absent: COLLIN, J.